```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 18042
   YOLANDA LILLIE BRADLEY
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-7015

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
      The case was filed on 07/14/2008 and was not confirmed.

      The case was dismissed without confirmation 10/29/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------
US BANK NATIONAL ASSOC     NOTICE ONLY    NOT FILED          .00            .00
MERRICK BANK               UNSECURED        1958.47          .00            .00
LOWES VISA PLATINUM        UNSECURED      NOT FILED          .00            .00
CHASE MANHATTAN MORTGAGE   CURRENT MORTG       .00           .00            .00
WELLS FARGO BANK NA        CURRENT MORTG       .00           .00            .00
US BANK NATIONAL ASSOCIA   CURRENT MORTG       .00           .00            .00
US BANK NATIONAL ASSOCIA   SECURED NOT I  68258.40           .00            .00
CHASE MANHATTAN MORTGAGE   SECURED NOT I  32549.04           .00            .00
TARGET NATIONAL BANK       UNSECURED        782.17           .00            .00
WELLS FARGO BANK           MORTGAGE NOTI NOT FILED           .00            .00
GE MONEY BANK              UNSECURED         85.43           .00            .00
WELLS FARGO BANK NA        SECURED NOT I  31492.04           .00            .00
FIA CARD SERVICES          UNSECURED       1337.41           .00            .00
PRO SE DEBTOR              DEBTOR ATTY         .00                          .00
TOM VAUGHN                 TRUSTEE                                          .00
DEBTOR REFUND              REFUND                                           .00

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                                 .00
DEBTOR REFUND                                        .00
                         --------------      --------------
TOTALS                       .00                     .00



                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 18042 YOLANDA LILLIE BRADLEY
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

                                                    /s/ Tom Vaughn

Dated: 01/26/09                               _____
                                                    TOM VAUGHN
                                                    CHAPTER 13 TRUSTEE